```
1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                        Criminal Action
4              Plaintiff,              No. 1:23-cr-257

5         vs.                           Washington, DC
                                        August 3, 2023
6    DONALD J. TRUMP,
                                        4:16 p.m.
7              Defendant.
     _____/
8

9                      TRANSCRIPT OF
        RETURN ON SUMMONS / INITIAL APPEARANCE / ARRAIGNMENT
10          BEFORE THE HONORABLE MOXILA A. UPADHYAYA
              UNITED STATES MAGISTRATE JUDGE
11

12   APPEARANCES:

13   For the Government:     THOMAS WINDOM
                             MOLLY GASTON
14                             USAO-DC
                               555 Fourth Street, NW
15                             Washington, DC 20530

16
     For the Defendant:      JOHN LAURO
17                             John F. Lauro, P.A.
                               400 N. Tampa Street, 15th Floor
18                             Tampa, FL 33602

19                           TODD BLANCHE
                               Blanche Law
20                             99 Wall Street, Suite 4460
                               New York, NY 10005
21

22

23   Court Reporter:         JEFF HOOK
                               Official Court Reporter
24                             U.S. District & Bankruptcy Courts
                               333 Constitution Avenue, NW
25                             Washington, DC 20001
```

1                       **P R O C E E D I N G S**

2              **DEPUTY CLERK:**  Good afternoon, Your Honor.  This

3    is criminal case 23-257, the United States of America v.

4    Donald J. Trump.  This matter is set for a return on

5    summons, initial appearance and arraignment.  Will the

6    parties please approach the lecturn to state your appearance

7    for the record.

8              **MR. WINDOM:**  Good afternoon, Your Honor.  Thomas

9    Windom and Molly Gaston for the United States.  With us at

10   counsel table is FBI Special Agent Garman.

11             **THE COURT:**  Good afternoon, Mr. Windom and

12   counsel.

13             **MR. LAURO:**  Good afternoon, Your Honor.  John

14   Lauro on behalf of President Trump, who is with us here as

15   well.  We've noticed an appearance, Your Honor, and we've

16   also moved for pro hac vice admission of my co-counsel, Todd

17   Blanche, who is also here at counsel table.

18             **THE COURT:**  Thank you.  Good afternoon, Mr. Lauro.

19             **MR. LAURO:**  Good afternoon, Your Honor.

20             **THE COURT:**  Good afternoon, counsel, and good

21   afternoon, Mr. Trump.

22             **THE DEFENDANT:**  Good afternoon.

23             **MS. ROBINSON:**  Good afternoon.  Takeysha Robinson,

24   Pretrial Services for the District of Columbia.

25             **THE COURT:**  Good afternoon, Ms. Robinson.  Okay,

1    before we begin, I'd like to remind everybody that pursuant

2    to our local rules and the Federal Rules, photographing,

3    videotaping and audio recording is strictly prohibited.  To

4    be clear, this applies with equal force, not only in this

5    courtroom, but to every courtroom to which these proceedings

6    are being streamed.  All devices in all courtrooms need to

7    be completely powered off except for an exception I've made

8    for counsel at counsel's table.

9          I just want to note that violation of these

10   prohibitions may result in sanctions, including removal of

11   court-issued media credentials, restriction or denial of

12   entry into court proceedings, or any other sanctions that

13   the Court finds are necessary.  Again, I want to underscore

14   that this rule applies with equal force to any individual in

15   any of the overflow rooms.

16         Ms. Lavigne Rhodes, please swear in the defendant.

17         **DEPUTY CLERK:**  Mr. Trump, please stand and raise

18   your right hand.  Do you solemnly swear that you will well

19   and truly answer all questions propounded to you, so help

20   you God?

21         **THE DEFENDANT:**  I do.

22         **DEPUTY CLERK:**  Thank you.  You may be seated.

23         **THE DEFENDANT:**  Thank you.

24         **THE COURT:**  Good afternoon, Mr. Trump.  As you

25   know, we're here by way of a summons issued in connection

1    with an indictment that a grand jury returned against you on

2    August 1st, 2023.  It is my practice in every one of these

3    hearings to give the defendant a general road map so that

4    you know what we're going to be doing today, and so that you

5    can be prepared if you have any questions for your counsel.

6              First, I will advise you of the counts in the

7    indictment and the penalties associated with those counts.

8    Next I will advise you of your rights in connection with

9    this case, and order the government to comply with its

10   obligations to you.  I will then arraign you, and after that

11   I will consider any requested conditions for your release,

12   hear and resolve any objections, and then issue an order

13   setting forth those conditions.  After that, we will discuss

14   next steps in the case.  If, at any time, you have any

15   questions, sir, please ask your counsel, and I'm happy to

16   give you any time you need to confer with your counsel.

17             Mr. Trump, can you please state your name for the

18   record.  And I would ask that if you're -- to get close to

19   any microphone at the table.

20        **MR. LAURO:**  Your Honor, would you like me to stand

21   at the podium?

22        **THE COURT:**  No, Mr. Trump doesn't need to stand to

23   answer these questions.  I just want to ensure he's near a

24   microphone so the audio is picked up.  Thank you.

25        **THE DEFENDANT:**  Yes, Your Honor.  Donald J. Trump,

1   John.

2        **THE COURT:** Mr. Trump, how old are you?

3        **THE DEFENDANT:** Seven-seven, 77.

4        **THE COURT:** Mr. Trump, have you taken any

5   medication or substance of any kind within the last 24 hours

6   which would make it difficult for you to understand today's

7   proceedings?

8        **THE DEFENDANT:** No, I have not.

9        **THE COURT:** Okay, thank you. As I mentioned, sir,

10  there is a four-count indictment which has been returned

11  against you. I will now advise you of the charges in the

12  indictment and the associated penalties.

13       Count one of the indictment is conspiracy to

14  defraud the United States. This is in violation of 18

15  United States Code Section 371. If convicted of this

16  charge, you can face a term of imprisonment of not more than

17  five years, a fine of not more than $250,000, or both. The

18  Court may impose a term of supervised release of not more

19  than three years.

20       Count two of the indictment, sir, is conspiracy to

21  obstruct an official proceeding. This is in violation of 18

22  United States Code 1512(k). If convicted of this charge,

23  you can face a term of imprisonment of not more than 20

24  years, a fine of not more than $250,000, or both. The Court

25  may impose a term of supervised release of not more than

1    three years.

2           Count three, sir, is obstruction of, and attempt

3    to obstruct, an official proceeding.  This is in violation

4    of 18 United States Code Section 1512(c)(2), and 18 United

5    States Code Section 2.  This is the offense underlying count

6    two of the indictment, which I just read.  It carries with

7    it the same penalties as count two.  And if you are

8    convicted, it includes a penalty of a potential term of

9    imprisonment of not more than 20 years, a fine of not more

10   than $250,000, or both.  The Court may impose a term of

11   supervised release of not more than three years.

12          Count four in the indictment is conspiracy against

13   rights.  This is in violation of 18 United States Code 241.

14   If convicted of this charge, sir, you can face a term of

15   imprisonment of not more than 10 years, a fine of not more

16   than $250,000, or both.  The Court may impose a term of

17   supervised release of not more than three years.

18          As I mentioned, Mr. Trump, you do have certain

19   rights in connection with this proceeding.  I'm going to

20   read those to you now.  You have the right to remain silent.

21   That means you're not required to make any statement or give

22   any statement to law enforcement while these charges are

23   pending against you.  If you have already made a statement

24   to a law enforcement officer about the offense for which you

25   have been charged, you need say no more to them.  Anything

1    you do say to a law enforcement officer can be used against

2    you in this proceeding or in a future proceeding.

3            Do you understand this, sir?

4            **THE DEFENDANT:**  Yes.

5            **THE COURT:**  You also have the right to the

6    assistance of an attorney to represent you in this case.

7    You may, if you wish, hire your own lawyer, or if you cannot

8    afford to hire your own lawyer, I can appoint an attorney

9    for you at the government's expense.

10           Do you understand that, sir?

11           **THE DEFENDANT:**  Yes, I do.  Thank you.

12           **THE COURT:**  And it is my understanding, Mr. Trump,

13   that you have retained counsel in this matter; is this

14   correct?

15           **THE DEFENDANT:**  Yes.

16           **THE COURT:**  And just as you have rights in

17   connection with this case, Mr. Trump, the government also

18   has certain obligations to you.  So at this time I will

19   order, Mr. Windom, as required by Rule 5(f), Federal Rule of

20   Criminal Procedure 5(f), the United States is ordered to

21   produce all exculpatory evidence to the defendant pursuant

22   to Brady vs. Maryland and its progeny.  Not doing so in a

23   timely manner may result in sanctions against the

24   government, including exclusion of evidence, adverse jury

25   instructions, dismissal of charges, and contempt proceedings

1   against government counsel.

2          Do you understand this, sir?

3          **MR. WINDOM:**  Yes, Your Honor, we understand.

4          **THE COURT:**  Okay, thank you.  At this time, I will

5   arraign Mr. Trump.  So Mr. Lauro, if you could please

6   approach the podium, and then if Mr. Trump could please

7   stand and come to just the outside of the table.  Thank you.

8          Mr. Trump, an arraignment is a short proceeding,

9   but it's an extremely important proceeding.  This is the

10  time when, upon being formally notified of the charges

11  against you, you have the opportunity to enter a formal plea

12  to these charges.  You may enter your plea through your

13  attorney if you wish, sir.

14         Mr. Lauro, has Mr. Trump received a copy of the

15  indictment and had the opportunity to review it with you?

16         **MR. LAURO:**  Yes, Your Honor, he has.

17         **THE COURT:**  And does Mr. Trump waive formal

18  reading of the indictment?

19         **MR. LAURO:**  He does.

20         **THE COURT:**  As to counts one through four in the

21  indictment, how does Mr. Trump plead?

22         **THE DEFENDANT:**  Not guilty.

23         **THE COURT:**  Thank you, sir.  Very well, I will

24  enter a plea of not guilty as to counts one through four on

25  your behalf, Mr. Trump.  You may be seated, thank you.

1          **THE DEFENDANT:**  Thank you.

2          **THE COURT:**  Mr. Windom, if you could please

3     approach.  It is the Court's understanding, sir, that the

4     government is not seeking detention in this case; is that

5     correct?

6          **MR. WINDOM:**  That's correct, Your Honor, the

7     government is not seeking detention.  The parties have

8     agreed on certain conditions of release.

9          **THE COURT:**  Okay.  Could you please read into the

10    record the agreed upon conditions of release?

11         **MR. WINDOM:**  Yes, ma'am.  So the parties have

12    agreed, in terms of conditions of release, that the

13    defendant must not violate federal, state or local law while

14    on release.  The defendant must appear in court as required,

15    and if convicted, must surrender as directed to serve a

16    sentence that the Court may impose.  The defendant also must

17    sign an appearance bond, if ordered to do so by the Court.

18    Finally, the defendant shall not communicate about the facts

19    of the case with any individual known to the defendant to be

20    a witness, except through counsel or in the presence of

21    counsel.

22         **THE COURT:**  Okay.  Thank you, Mr. Windom.

23    Ms. Robinson, if you could please approach.

24         Does Pretrial Services have any additional

25    requested conditions of release?

1          **MS. ROBINSON:**  No additional recommendation.

2          **THE COURT:**  Okay, thank you.

3          Mr. Lauro.

4          **MR. LAURO:**  Yes, Your Honor, that accurately

5     states our understanding, and we're fine with those

6     conditions.

7          **THE COURT:**  Okay, thank you.  Having resolved

8     these conditions of release, I will now move on to the

9     warnings and consequences of violating the conditions of

10    release that I set.

11         Mr. Trump, I ask that you please listen carefully

12    to the warnings I'm about to give you, which are provided to

13    every defendant who is released on conditions.  You have

14    heard your conditions of release.  It is important that you

15    comply with each of your conditions.  If you fail to comply

16    with any of your conditions of release, a warrant may be

17    issued for your arrest, your conditions of release may be

18    revoked, and you may be held pending trial in this case.

19    You may also be charged with contempt of court for having

20    violated court-ordered conditions of release.

21         Your most important condition of release, sir, is

22    that you not commit a state, federal or local crime while on

23    release.  If you were to do so, again, a warrant may be

24    issued for your arrest, your conditions of release may be

25    revoked, and you may be held pending trial in this case.

1    You may also face a longer sentence for having committed a

2    crime while on release in this case.

3         In a moment, I will set the next court date in

4    this matter.  It is important, Mr. Trump, that you appear

5    for that court date and all future court dates set in this

6    case unless the district judge orders otherwise.  Failure to

7    do so may result in a warrant being issued for your arrest,

8    your conditions of release being revoked, and you being held

9    pending trial in this case.  You may also face an additional

10   criminal charge for failure to appear in court.

11        Finally, sir, I want to remind you that it is a

12   crime to try to influence a juror, or to threaten or attempt

13   to bribe a witness or any other person who may have

14   information about your case, or to retaliate against anyone

15   for providing information about your case to the

16   prosecution, or to otherwise obstruct the administration of

17   justice.

18        Do you understand these warnings and consequences,

19   sir?

20        **THE DEFENDANT:**  Yes.

21        **THE COURT:**  Thank you.  Having heard the

22   conditions of release, Mr. Trump, and the consequences of

23   violating any conditions of release, are you prepared to

24   comply with them?

25        **THE DEFENDANT:**  Yes.

1          **THE COURT:**  Okay.  Ms. Lavigne Rhodes, could you

2     please swear Mr. Trump in to compliance with his conditions

3     of release.

4          **DEPUTY CLERK:**  Sure.  Please stand and raise your

5     right hand.  Do you solemnly swear to abide by the

6     conditions of your release as set forth by this Court, so

7     help you God?

8          **THE DEFENDANT:**  I do.

9          **DEPUTY CLERK:**  Thank you.  You may be seated.

10          **THE DEFENDANT:**  Thank you.

11          **THE COURT:**  Mr. Trump, I will now present to you

12     and then sign your conditions of release.

13          Sir, I'm just confirming that the conditions are

14     as stated on the record.  Counsel, we will get you all

15     immediate copies of those conditions of release.

16          **MR. LAURO:**  Thank you, Your Honor.

17          **MR. WINDOM:**  Thank you, Your Honor.

18          **THE COURT:**  With respect to moving forward in this

19     case, as you know, this case has been assigned to Judge

20     Tanya Chutkan.  I've consulted with her regarding the next

21     steps, and we will set the first hearing before Judge

22     Chutkan now.  As I mentioned to counsel, I did ask them to

23     bring their calendars, so I have the following three dates

24     for you for your first hearing before Judge Chutkan.  And I

25     will give you all a moment to consult your calendars and

1    your client, Mr. Lauro.

2              August 21st at 10:00 a.m. -- and this is 2023,

3    just for clarity; August 22nd, 2023 at 10:00 a.m.; and

4    August 28th, 2023 at 10:00 a.m.  So if you could all,

5    please, consult your calendar and let me know which dates

6    work.

7              **MR. WINDOM:**  Your Honor, the government is

8    available on all three dates.  We request the soonest date,

9    however, August 21st.

10             **THE COURT:**  Okay.  Thank you, Mr. Windom.

11             **MR. LAURO:**  Your Honor, we would request

12   August 28th as the date for the next hearing.

13             **THE COURT:**  Okay.  I am going to set the first

14   hearing date for August 28th, 2023 at 10:00 a.m. before

15   Judge Tanya Chutkan.  We will enter an order with that

16   information on the docket.

17             I will also note, Mr. Trump, that to the extent

18   you are not able to attend due to your schedule, I have

19   consulted with Judge Chutkan, and she is willing to waive

20   your appearance if you so wish at that first hearing.

21             **THE DEFENDANT:**  Thank you.

22             **THE COURT:**  You're welcome.  With respect to

23   preparing for that date, the government is ordered to file a

24   brief within seven days of today setting forth its proposal

25   regarding a trial date as well as an estimate for how long

1    it expects to take for its case-in-chief.  Within seven days

2    of receiving that submission, Mr. Lauro, the defendant is

3    ordered to file a response setting forth his proposal for a

4    trial date, and an estimate of the time he believes he may

5    need for trial.  You may not know, of course, exactly how

6    much time you need, but please include your best estimation.

7            **MR. LAURO:**  Yes, Your Honor.  If I may?

8            **THE COURT:**  Yes, please approach.

9            **MR. LAURO:**  Thank you.  Your Honor, obviously in a

10   case of this magnitude, there might be a massive amount of

11   discovery and information that we would have to look through

12   in order to make that determination.  We expect to

13   vigorously address every single issue in this matter on

14   behalf of Mr. Trump and on behalf of the American people.

15   But in order to have an understanding of length of trial and

16   also the time to prepare, what we would need from the

17   government is an understanding of the magnitude of

18   discovery; the amount of electronic data that we would be

19   expected to look through; the amount of hard copy documents

20   that might be in existence; but most importantly, the degree

21   to which there's exculpatory information on behalf of the

22   President.  We need all that information, I think, in order

23   to address the issue of when we would be ready, and also the

24   extent to which we would have an idea of how long the trial

25   would be.

1          There's no question in our mind, Your Honor, that

2     Mr. Trump is entitled to a fair and just trial.  Although he

3     has a right to a speedy trial, we expect that this Court --

4     we know this Court will give him the opportunity to address

5     these issues pursuant to his due process rights and his

6     rights under the Sixth Amendment.

7          So I would respectfully request that the

8     government be required to give us within two or three days

9     an understanding of the scope and extent of discovery.

10          **THE COURT:**  I'll allow Mr. Windom to respond to

11     that.

12          **MR. WINDOM:**  Thank you very much, Your Honor.  The

13     government is prepared, as soon as a protective order is

14     entered in this case, to produce a substantial volume of

15     discovery, including discovery that we are not obligated at

16     this time to turn over.  Once that protective order is

17     entered, we will endeavor to get that to the defense very,

18     very quickly.

19          As a general matter, I'm not going to address

20     everything that Mr. Lauro said here.  The government intends

21     to put its position in writing, as ordered by the Court.

22     But this case, just like any other case, will benefit from

23     normal order, including a speedy trial.  Thank you.

24          **THE COURT:**  I'm sorry, I missed the last part of

25     what you said, sir.

1      **MR. WINDOM:**  This case will benefit from normal

2  order, including a speedy trial.

3      **THE COURT:**  Okay.  Thank you, sir.  Well, I can

4  guarantee everybody that there will be a fair process and

5  fair trial in this Court.  So let me just respond to that

6  comment, Mr. Lauro, I'm certain of that.

7      Nonetheless, you are ordered, both sides, to file

8  those submissions before Judge Chutkan giving your best

9  estimation of the time you need for each side, and your

10  proposal as to a trial date.  She will issue a written order

11  following my order today setting forth that directive.

12      I will also note that I ask you to give due

13  consideration when you do file those submissions, because

14  Judge Chutkan will be -- she intends to set a trial date at

15  that first hearing on August 28th.

16      Are there any questions on that issue?

17      **MR. WINDOM:**  No, ma'am.  Thank you.

18      **MR. LAURO:**  Your Honor, once again, though, I've

19  stated my concerns.  I know the government is going to give

20  us a massive amount of information quickly.  But we don't

21  know the scope of which we're going to have to go through

22  information, data, electronic information in order for us to

23  properly address that with the Court, with the District

24  Court, and in order to ensure our client's constitutional

25  rights.  At a minimum, we'd like to get some idea from the

1    government voluntarily -- if they're not going to do it

2    pursuant to court order, but at least an understanding of

3    the magnitude of this case.

4          **THE COURT:**  Okay.  Thank you, sir.  Well, you can

5    lodge any objection or any request you have to the District

6    Judge, but the submission -- the order to file these

7    submissions stands nonetheless.  Thank you.

8          Mr. Windom, does the government have any request

9    of the Court with respect to the Speedy Trial Act?

10         **MR. WINDOM:**  No, Your Honor.

11         **THE COURT:**  Thank you.  Mr. Lauro -- I'm sorry,

12   Mr. Trump, do you have a question of your counsel?  I'm

13   happy to give you a moment.

14         **THE DEFENDANT:**  No.

15         **MR. LAURO:**  Your Honor --

16         **THE COURT:**  Mr. Lauro, could you please approach.

17         **MR. LAURO:**  Yes, I will, Your Honor.  Of course,

18   the Speedy Trial Act protects a defendant's rights.  We are

19   going to file papers to exclude time until the next hearing

20   and beyond in order to ensure that President Trump has a

21   fair trial, has an opportunity to look through all the

22   documents and defend himself appropriately.  For the

23   government to suggest that this case could be tried within

24   the time period of the Speedy Trial Act, I think, is

25   somewhat absurd given the scope of the information that we

1   have to go through.  But in terms of what we desire utmost

2   is the opportunity to fairly defend President Trump in this

3   matter.

4           These are weighty issues.  Obviously the United

5   States has had three and a half years to investigate this

6   matter.  Also, there's a number of agents and lawyers that

7   are assisting the government in this proceeding.  And all we

8   would ask, Your Honor, is the opportunity to fairly defend

9   our client.  But in order to do that, we're going to need a

10  little time.  So in our motion papers, what we will do is

11  ask for the exclusion of Speedy Trial.

12          **THE COURT:**  Okay.  I understand, Mr. Lauro.  And I

13  will note for the record that you have made an oral motion

14  to toll the time under the Speedy Trial Act.  I'll just

15  direct you to file a written motion setting forth the basis

16  for your request within five days, and file that before

17  Judge Chutkan on the docket.

18          Mr. Windom, the government needs to respond within

19  five days of the defendant's submission on the Speedy Trial

20  Act motion.

21          **MR. WINDOM:**  Thank you, Your Honor.

22          **THE COURT:**  After that point, I'm sure the Court

23  will consider and rule upon it.

24          Are there any other issues to address today?

25          **MR. WINDOM:**  No, ma'am.

1          **THE COURT:**  Mr. Lauro?

2          **MR. LAURO:**  No, Your Honor.

3          **THE COURT:**  Okay.  Thank you all very much.  Thank

4   you, Mr. Trump.

5          **MR. LAURO:**  Thank you, Your Honor.

6       (Proceedings adjourned at 4:42 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       **C E R T I F I C A T E**

2

3                   I, **Jeff M. Hook, Official Court Reporter,**

4       certify that the foregoing is a true and correct transcript

5       of the record of proceedings in the above-entitled matter.

6

7

8

9       _August 3, 2023_                    _____

10              **DATE**                            **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$250,000 [4]   5/17
5/24 6/10 6/16

**1**

10 [1]   6/15
10005 [1]   1/20
10:00 a.m [4]   13/2
13/3 13/4 13/14
1512 [2]   5/22 6/4
15th [1]   1/17
18 [5]   5/14 5/21
6/4 6/4 6/13
1:23-cr-257 [1]   1/4
1st [1]   4/2

**2**

20 [2]   5/23 6/9
20001 [1]   1/25
2023 [6]   1/5 4/2
13/2 13/3 13/4
13/14
20530 [1]   1/15
21st [2]   13/2 13/9
22nd [1]   13/3
23-257 [1]   2/3
24 [1]   5/5
241 [1]   6/13
257 [2]   1/4 2/3
28th [4]   13/4 13/12
13/14 16/15

**3**

333 [1]   1/24
33602 [1]   1/18
371 [1]   5/15

**4**

400 [1]   1/17
4460 [1]   1/20
4:16 [1]   1/6
4:42 p.m [1]   19/6

**5**

555 [1]   1/14

**7**

77 [1]   5/3

**9**

99 [1]   1/20

**A**

a.m [4]   13/2 13/3
13/4 13/14
abide [1]   12/5
able [1]   13/18
above [1]   20/5
above-entitled [1]
20/5
absurd [1]   17/25
accurately [1]   10/4
Act [5]   17/9 17/18
17/24 18/14 18/20
Action [1]   1/3
additional [3]   9/24
10/1 11/9
address [6]   14/13
14/23 15/4 15/19

16/23 18/24
adjourned [1]   19/6
administration [1]
11/16
admission [1]   2/16
adverse [1]   7/24
advise [3]   4/6 4/8
5/11
afford [1]   7/8
afternoon [12]   2/2
2/8 2/11 2/13 2/18
2/19 2/20 2/21 2/22
2/23 2/25 3/24
again [3]   3/13
10/23 16/18
against [9]   4/1
5/11 6/12 6/23 7/1
7/23 8/1 8/11 11/14
Agent [1]   2/10
agents [1]   18/6
agreed [3]   9/8 9/10
9/12
allow [1]   15/10
Although [1]   15/2
Amendment [1]   15/6
AMERICA [2]   1/3 2/3
American [1]   14/14
amount [4]   14/10
14/18 14/19 16/20
appear [3]   9/14
11/4 11/10
appearance [6]   1/9
2/5 2/6 2/15 9/17
13/20
APPEARANCES [1]
1/12
applies [2]   3/4
3/14
appoint [1]   7/8
approach [6]   2/6
8/6 9/3 9/23 14/8
17/16
appropriately [1]
17/22
arraign [2]   4/10
8/5
arraignment [3]   1/9
2/5 8/8
arrest [3]   10/17
10/24 11/7
assigned [1]   12/19
assistance [1]   7/6
assisting [1]   18/7
associated [2]   4/7
5/12
attempt [2]   6/2
11/12
attend [1]   13/18
attorney [3]   7/6
7/8 8/13
audio [2]   3/3 4/24
August [9]   1/5 4/2
13/2 13/3 13/4 13/9
13/12 13/14 16/15
August 1st [1]   4/2
August 21st [2]
13/2 13/9
August 22nd [1]
13/3
August 28th [4]

13/4 13/12 13/14
16/15
available [1]   13/8
Avenue [1]   1/24

**B**

Bankruptcy [1]   1/24
basis [1]   18/15
begin [1]   3/1
behalf [5]   2/14
8/25 14/14 14/14
14/21
believes [1]   14/4
benefit [2]   15/22
16/1
best [2]   14/6 16/8
beyond [1]   17/20
BLANCHE [3]   1/19
1/19 2/17
bond [1]   9/17
both [5]   5/17 5/24
6/10 6/16 16/7
Brady [1]   7/22
bribe [1]   11/13
brief [1]   13/24
bring [1]   12/23

**C**

calendar [1]   13/5
calendars [2]   12/23
12/25
can [9]   4/5 4/17
5/16 5/23 6/14 7/1
7/8 16/3 17/4
carefully [1]   10/11
carries [1]   6/6
case [24]
case-in-chief [1]
14/1
certain [4]   6/18
7/18 9/8 16/6
certify [1]   20/4
charge [4]   5/16
5/22 6/14 11/10
charged [2]   6/25
10/19
charges [5]   5/11
6/22 7/25 8/10 8/12
chief [1]   14/1
Chutkan [8]   12/20
12/22 12/24 13/15
13/19 16/8 16/14
18/17
clarity [1]   13/3
clear [1]   3/4
client [2]   13/1
18/9
client's [1]   16/24
close [1]   4/18
co [1]   2/16
co-counsel [1]   2/16
Code [5]   5/15 5/22
6/4 6/5 6/13
COLUMBIA [2]   1/1
2/24
comment [1]   16/6
commit [1]   10/22
committed [1]   11/1
communicate [1]
9/18

13/4 13/12 13/14
16/15

completely [1]   3/7
compliance [1]   12/2
comply [4]   4/9
10/15 10/15 11/24
concerns [1]   16/19
condition [1]   10/21
conditions [24]
confer [1]   4/16
confirming [1]
12/13
connection [4]   3/25
4/8 6/19 7/17
consequences [3]
10/9 11/18 11/22
consider [2]   4/11
18/23
consideration [1]
16/13
conspiracy [3]   5/13
5/20 6/12
Constitution [1]
1/24
constitutional [1]
16/24
consult [2]   12/25
13/5
consulted [2]   12/20
13/19
contempt [2]   7/25
10/19
convicted [5]   5/15
5/22 6/8 6/14 9/15
copies [1]   12/15
copy [2]   8/14 14/19
counsel [16]   2/10
2/12 2/16 2/17 2/20
3/8 4/5 4/15 4/16
7/13 8/1 9/20 9/21
12/14 12/22 17/12
counsel's [1]   3/8
count [7]   5/10 5/13
5/20 6/2 6/5 6/7
6/12
counts [4]   4/6 4/7
8/20 8/24
course [2]   14/5
17/17
court [30]
Court's [1]   9/3
court-issued [1]
3/11
court-ordered [1]
10/20
courtroom [2]   3/5
3/5
courtrooms [1]   3/6
Courts [1]   1/24
cr [1]   1/4
credentials [1]
3/11
crime [3]   10/22
11/2 11/12
criminal [4]   1/3
2/3 7/20 11/10

**D**

data [2]   14/18
16/22
date [11]   11/3 11/5
13/8 13/12 13/14

**D**

date... [6]    13/23
13/25 14/4 16/10
16/14 20/10
dates [4]    11/5
12/23 13/5 13/8
days [5]    13/24 14/1
15/8 18/16 18/19
DC [4]    1/5 1/14
1/15 1/25
defend [3]    17/22
18/2 18/8
defendant [12]    1/7
1/16 3/16 4/3 7/21
9/13 9/14 9/16 9/18
9/19 10/13 14/2
defendant's [2]
17/18 18/19
defense [1]    15/17
defraud [1]    5/14
degree [1]    14/20
denial [1]    3/11
desire [1]    18/1
detention [2]    9/4
9/7
determination [1]
14/12
devices [1]    3/6
difficult [1]    5/6
direct [1]    18/15
directed [1]    9/15
directive [1]    16/11
discovery [5]    14/11
14/18 15/9 15/15
15/15
discuss [1]    4/13
dismissal [1]    7/25
district [7]    1/1
1/1 1/24 2/24 11/6
16/23 17/5
docket [2]    13/16
18/17
documents [2]    14/19
17/22
DONALD [3]    1/6 2/4
4/25
due [3]    13/18 15/5
16/12

**E**

electronic [2]
14/18 16/22
endeavor [1]    15/17
enforcement [3]
6/22 6/24 7/1
ensure [3]    4/23
16/24 17/20
enter [4]    8/11 8/12
8/24 13/15
entered [2]    15/14
15/17
entitled [2]    15/2
20/5
entry [1]    3/12
equal [2]    3/4 3/14
estimate [2]    13/25
14/4
estimation [2]    14/6
16/9

**F**

everybody [2]    3/1
16/4
evidence [2]    7/21
7/24
exactly [1]    14/5
except [2]    3/7 9/20
exception [1]    3/7
exclude [1]    17/19
exclusion [2]    7/24
18/11
exculpatory [2]
7/21 14/21
existence [1]    14/20
expect [2]    14/12
15/3
expected [1]    14/19
expects [1]    14/1
expense [1]    7/9
extent [3]    13/17
14/24 15/9
extremely [1]    8/9

**F**

face [5]    5/16 5/23
6/14 11/1 11/9
facts [1]    9/18
fail [1]    10/15
failure [2]    11/6
11/10
fair [4]    15/2 16/4
16/5 17/21
fairly [2]    18/2
18/8
FBI [1]    2/10
federal [4]    3/2
7/19 9/13 10/22
file [8]    13/23 14/3
16/7 16/13 17/6
17/19 18/15 18/16
Finally [2]    9/18
11/11
finds [1]    3/13
fine [5]    5/17 5/24
6/9 6/15 10/5
first [6]    4/6 12/21
12/24 13/13 13/20
16/15
five [3]    5/17 18/16
18/19
FL [1]    1/18
Floor [1]    1/17
following [2]    12/23
16/11
For the Defendant [1]
1/16
force [2]    3/4 3/14
foregoing [1]    20/4
formal [2]    8/11
8/17
formally [1]    8/10
forth [6]    4/13 12/6
13/24 14/3 16/11
18/15
forward [1]    12/18
four [4]    5/10 6/12
8/20 8/24
four-count [1]    5/10
Fourth [1]    1/14
future [2]    7/2 11/5

**G**

Garman [1]    2/10
GASTON [2]    1/13 2/9
general [2]    4/3
15/19
given [1]    17/25
giving [1]    16/8
God [2]    3/20 12/7
good [12]    2/2 2/8
2/11 2/13 2/18 2/19
2/20 2/20 2/22 2/23
2/25 3/24
government [19]
1/13 4/9 7/17 7/24
8/1 9/4 9/7 13/7
13/23 14/17 15/8
15/13 15/20 16/19
17/1 17/8 17/23
18/7 18/18
government's [1]
7/9
grand [1]    4/1
guarantee [1]    16/4
guilty [2]    8/22
8/24

**H**

hac [1]    2/16
half [1]    18/5
hand [2]    3/18 12/5
happy [2]    4/15
17/13
hard [1]    14/19
hear [1]    4/12
heard [2]    10/14
11/21
hearing [7]    12/21
12/24 13/12 13/14
13/20 16/15 17/19
hearings [1]    4/3
held [3]    10/18
10/25 11/8
help [2]    3/19 12/7
himself [1]    17/22
hire [2]    7/7 7/8
Honor [27]
HONORABLE [1]    1/13
HOOK [3]    1/23 20/3
20/10
hours [1]    5/5

**I**

idea [2]    14/24
16/25
if you're [1]    4/18
immediate [1]    12/15
important [4]    8/9
10/14 10/21 11/4
importantly [1]
14/20
impose [5]    5/18
5/25 6/10 6/16 9/16
imprisonment [4]
5/16 5/23 6/9 6/15
include [1]    14/6
includes [1]    6/8
including [5]    3/10
7/24 15/15 15/23
16/2

**I**

indictment [11]    4/1
4/7 5/10 5/12 5/13
5/20 6/6 6/12 8/15
8/18 8/21
individual [2]    3/14
9/19
influence [1]    11/12
information [10]
11/14 11/15 13/16
14/11 14/21 14/22
16/20 16/22 16/22
17/25
initial [2]    1/9 2/5
instructions [1]
7/25
intends [2]    15/20
16/14
into [2]    3/12 9/9
investigate [1]
18/5
issue [5]    4/12
14/13 14/23 16/10
16/16
issued [5]    3/11
3/25 10/17 10/24
11/7
issues [3]    15/5
18/4 18/24

**J**

JEFF [3]    1/23 20/3
20/10
JOHN [4]    1/16 1/17
2/13 5/1
judge [11]    1/10
11/6 12/19 12/21
12/24 13/15 13/19
16/8 16/14 17/6
18/17
juror [1]    11/12
jury [2]    4/1 7/24
justice [1]    11/17

**K**

kind [1]    5/5
known [1]    9/19

**L**

last [2]    5/5 15/24
LAURO [15]    1/16
1/17 2/14 2/18 8/5
8/14 10/3 13/1 14/2
15/20 16/6 17/11
17/16 18/12 19/1
Lavigne [3]    3/16
12/1
law [5]    1/19 6/22
6/24 7/1 9/13
lawyer [2]    7/7 7/8
lawyers [1]    18/6
least [1]    17/2
lecturn [1]    2/6
length [1]    14/15
listen [1]    10/11
little [1]    18/10
local [3]    3/2 9/13
10/22
lodge [1]    17/5
long [2]    13/25
14/24

**L**

longer [1]   11/1
look [3]   14/11
  14/19 17/21

**M**

ma'am [3]   9/11
  16/17 18/25
MAGISTRATE [1]   1/10
magnitude [3]   14/10
  14/17 17/3
manner [1]   7/23
map [1]   4/3
Maryland [1]   7/22
massive [2]   14/10
  16/20
matter [8]   2/4 7/13
  11/4 14/13 15/19
  18/3 18/6 20/5
may [26]
means [1]   6/21
media [1]   3/11
medication [1]   5/5
mentioned [3]   5/9
  6/18 12/22
microphone [2]   4/19
  4/24
might [2]   14/10
  14/20
mind [1]   15/1
minimum [1]   16/25
missed [1]   15/24
MOLLY [2]   1/13 2/9
moment [3]   11/3
  12/25 17/13
more [13]   5/16 5/17
  5/18 5/23 5/24 5/25
  6/9 6/9 6/11 6/15
  6/15 6/17 6/25
most [2]   10/21
  14/20
motion [4]   18/10
  18/13 18/15 18/20
move [1]   10/8
moved [1]   2/16
moving [1]   12/18
MOXILA [1]   1/10
Mr. [47]
Mr. Lauro [12]   2/18
  8/5 8/14 10/3 13/1
  14/2 15/20 16/6
  17/11 17/16 18/12
  19/1
Mr. Trump [27]
Mr. Windom [8]   2/11
  7/19 9/2 9/22 13/10
  15/10 17/8 18/18
Ms. [4]   2/25 3/16
  9/23 12/1
Ms. Lavigne [2]
  3/16 12/1
Ms. Robinson [2]
  2/25 9/23
much [3]   14/6 15/12
  19/3
must [4]   9/13 9/14
  9/15 9/16

**N**

name [1]   4/17
near [1]   4/23
necessary [1]   3/13
need [10]   3/6 4/16
  4/22 6/25 14/5 14/6
  14/16 14/22 16/9
  18/9
needs [1]   18/18
New [1]   1/20
next [6]   4/8 4/14
  11/3 12/20 13/12
  17/19
nonetheless [2]
  16/7 17/7
normal [2]   15/23
  16/1
note [4]   3/9 13/17
  16/12 18/13
noticed [1]   2/15
notified [1]   8/10
number [1]   18/6
NW [2]   1/14 1/24
NY [1]   1/20

**O**

objection [1]   17/5
objections [1]   4/12
obligated [1]   15/15
obligations [2]
  4/10 7/18
obstruct [3]   5/21
  6/3 11/16
obstruction [1]   6/2
obviously [2]   14/9
  18/4
off [1]   3/7
offense [2]   6/5
  6/24
officer [2]   6/24
  7/1
official [4]   1/23
  5/21 6/3 20/3
old [1]   5/2
once [2]   15/16
  16/18
one [4]   4/2 5/13
  8/20 8/24
only [1]   3/4
opportunity [6]
  8/11 8/15 15/4
  17/21 18/2 18/8
oral [1]   18/13
order [19]   4/9 4/12
  7/19 13/15 14/12
  14/15 14/22 15/13
  15/16 15/23 16/2
  16/10 16/11 16/22
  16/24 17/2 17/6
  17/20 18/9
ordered [7]   7/20
  9/17 10/20 13/23
  14/3 15/21 16/7
orders [1]   11/6
otherwise [1]   11/6
  11/16
outside [1]   8/7
over [1]   15/16
overflow [1]   3/15

**P**

own [2]   7/7 7/8

P.A [1]   1/17
p.m [2]   1/6 19/6
papers [2]   17/19
  18/10
part [1]   15/24
parties [3]   2/6 9/7
  9/11
penalties [3]   4/7
  5/12 6/7
penalty [1]   6/8
pending [4]   6/23
  10/18 10/25 11/9
people [1]   14/14
period [1]   17/24
person [1]   11/13
photographing [1]
  3/2
picked [1]   4/24
Plaintiff [1]   1/4
plea [3]   8/11 8/12
  8/24
plead [1]   8/21
please [17]   2/6
  3/16 3/17 4/15 4/17
  8/5 8/6 9/2 9/9
  9/23 10/11 12/2
  12/4 13/5 14/6 14/8
  17/16
podium [2]   4/21 8/6
point [1]   18/22
position [1]   15/21
potential [1]   6/8
powered [1]   3/7
practice [1]   4/2
prepare [1]   14/16
prepared [1]   4/5
  11/23 15/13
preparing [1]   13/23
presence [1]   9/20
present [1]   12/11
President [4]   2/14
  14/22 17/20 18/2
Pretrial [2]   2/24
  9/24
pro [1]   2/16
Procedure [1]   7/20
proceeding [8]   5/21
  6/3 6/19 7/2 7/2
  8/8 8/9 18/7
proceedings [6]   3/5
  3/12 5/7 7/25 19/6
  20/5
process [2]   15/5
  16/4
produce [2]   7/21
  15/14
progeny [1]   7/22
prohibited [1]   3/3
prohibitions [1]
  3/10
properly [1]   16/23
proposal [3]   13/24
  14/3 16/10
propounded [1]   3/19
prosecution [1]
  11/16
protective [2]

**R**

raise [2]   3/17 12/4
read [3]   6/6 6/20
  9/9
reading [1]   8/18
ready [1]   14/23
received [1]   8/14
receiving [1]   14/2
recommendation [1]
  10/1
record [6]   2/7 4/18
  9/10 12/14 18/13
  20/5
recording [1]   3/3
regarding [2]   12/20
  13/25
release [27]
released [1]   10/13
remain [1]   6/20
remind [2]   3/1
  11/11
removal [1]   3/10
Reporter [3]   1/23
  1/23 20/3
represent [1]   7/6
request [6]   13/8
  13/11 15/7 17/5
  17/8 18/16
requested [2]   4/11
  9/25
required [4]   6/21
  7/19 9/14 15/8
resolve [1]   4/12
resolved [1]   10/7
respect [3]   12/18
  13/22 17/9
respectfully [1]
  15/7
respond [3]   15/10
  16/5 18/18
response [1]   14/3
restriction [1]
  3/11
result [3]   3/10
  7/23 11/7
retained [1]   7/13
retaliate [1]   11/14
return [1]   1/9 2/4
returned [2]   4/1
  5/10
review [1]   8/15
revoked [3]   10/18
  10/25 11/8
Rhodes [1]   3/16
  12/1
right [5]   3/18 6/20
  7/5 12/5 15/3
rights [8]   4/8 6/13

**Q**

quickly [2]   15/18
  16/20

**(column for "protects" etc.)**

15/13 15/16
protects [1]   17/18
provided [1]   10/12
providing [1]   11/15
pursuant [4]   3/1
  7/21 15/5 17/2
put [1]   15/21

**R**

rights... **[6]**   6/19
7/16 15/5 15/6
16/25 17/18
road **[1]**   4/3
Robinson **[3]**   2/23
2/25 9/23
rooms **[1]**   3/15
rule **[4]**   3/14 7/19
7/19 18/23
rules **[2]**   3/2 3/2

**S**

same **[1]**   6/7
sanctions **[3]**   3/10
3/12 7/23
schedule **[1]**   13/18
scope **[3]**   15/9
16/21 17/25
seated **[3]**   3/22
8/25 12/9
Section **[3]**   5/15
6/4 6/5
seeking **[2]**   9/4 9/7
sentence **[2]**   9/16
11/1
serve **[1]**   9/15
Services **[2]**   2/24
9/24
set **[8]**   2/4 10/10
11/3 11/5 12/6
12/21 13/13 16/14
setting **[5]**   4/13
13/24 14/3 16/11
18/15
seven **[4]**   5/3 5/3
13/24 14/1
Seven-seven **[1]**   5/3
shall **[1]**   9/18
short **[1]**   8/8
side **[1]**   16/9
sides **[1]**   16/7
sign **[2]**   9/17 12/12
silent **[1]**   6/20
single **[1]**   14/13
Sixth **[1]**   15/6
solemnly **[2]**   3/18
12/5
somewhat **[1]**   17/25
soon **[1]**   15/13
soonest **[1]**   13/8
sorry **[2]**   15/24
17/11
Special **[1]**   2/10
speedy **[9]**   15/3
15/23 16/2 17/9
17/18 17/24 18/11
18/14 18/19
stand **[5]**   3/17 4/20
4/22 8/7 12/4
stands **[1]**   17/7
state **[4]**   2/6 4/17
9/13 10/22
stated **[2]**   12/14
16/19
statement **[3]**   6/21
6/22 6/23
states **[14]**   1/1 1/3
1/10 2/3 2/9 5/14

5/15 5/22 6/4 6/5
6/13 7/20 10/5 18/5
steps **[2]**   4/14
12/21
streamed **[1]**   3/6
Street **[3]**   1/14
1/17 1/20
strictly **[1]**   3/3
submission **[3]**   14/2
17/6 18/19
submissions **[3]**
16/8 16/13 17/7
substance **[1]**   5/5
substantial **[1]**
15/14
suggest **[1]**   17/23
Suite **[1]**   1/20
summons **[3]**   1/9 2/5
3/25
supervised **[4]**   5/18
5/25 6/11 6/17
sure **[2]**   12/4 18/22
surrender **[1]**   9/15
swear **[4]**   3/16 3/18
12/2 12/5

**T**

table **[5]**   2/10 2/17
3/8 4/19 8/7
Takeysha **[1]**   2/23
Tampa **[2]**   1/17 1/18
Tanya **[2]**   12/20
13/15
term **[8]**   5/16 5/18
5/23 5/25 6/8 6/10
6/14 6/16
terms **[2]**   9/12 18/1
THOMAS **[2]**   1/13 2/8
though **[1]**   16/18
threaten **[1]**   11/12
three **[9]**   5/19 6/1
6/2 6/11 6/17 12/23
13/8 15/8 18/5
timely **[1]**   7/23
today **[4]**   4/4 13/24
16/11 18/24
today's **[1]**   5/6
TODD **[2]**   1/19 2/16
toll **[1]**   18/14
transcript **[2]**   1/9
20/4
trial **[22]**
tried **[1]**   17/23
true **[1]**   20/4
truly **[1]**   3/19
TRUMP **[33]**
try **[1]**   11/12
turn **[1]**   15/16
two **[4]**   5/20 6/6
6/7 15/8

**U**

U.S **[1]**   1/24
under **[2]**   15/6
18/14
underlying **[1]**   6/5
underscore **[1]**   3/13
UNITED **[13]**   1/1 1/3
1/10 2/3 2/9 5/14
5/15 5/22 6/4 6/4

6/13 7/20 18/4
unless **[1]**   11/6
up **[1]**   4/24
UPADHYAYA **[1]**   1/10
upon **[3]**   8/10 9/10
18/23
USAO **[1]**   1/14
USAO-DC **[1]**   1/14
used **[1]**   7/1
utmost **[1]**   18/1

**V**

vice **[1]**   2/16
videotaping **[1]**   3/3
vigorously **[1]**
14/13
violate **[1]**   9/13
violated **[1]**   10/20
violating **[2]**   10/9
11/23
violation **[5]**   3/9
5/14 5/21 6/3 6/13
volume **[1]**   15/14
voluntarily **[1]**
17/1

**W**

waive **[2]**   8/17
13/19
wall **[1]**   1/20
warnings **[3]**   10/9
10/12 11/18
warrant **[3]**   10/16
10/23 11/7
Washington **[3]**   1/5
1/15 1/25
way **[1]**   3/25
weighty **[1]**   18/4
welcome **[1]**   13/22
willing **[1]**   13/19
WINDOM **[10]**   1/13
2/9 2/11 7/19 9/2
9/22 13/10 15/10
17/8 18/18
wish **[3]**   7/7 8/13
13/20
within **[7]**   5/5
13/24 14/1 15/8
17/23 18/16 18/18
witness **[2]**   9/20
11/13
work **[1]**   13/6
writing **[1]**   15/21
written **[2]**   16/10
18/15

**Y**

years **[9]**   5/17 5/19
5/24 6/1 6/9 6/11
6/15 6/17 18/5
York **[1]**   1/20