IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 23-cr-257-TSC |
| v. | : |
| DONALD J. TRUMP, | : |
| Defendant. | : |

**RESPONSE IN OPPOSITION TO
GOVERNMENT'S PROPOSED TRIAL CALENDAR**

# Ex. E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
E. JEAN CARROLL,

                Plaintiff,

      -against-                                  20-cv-7311 (LAK)

DONALD J. TRUMP, in his personal capacity,

                Defendant.
------------------------------------x

## SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

        Unless this case previously has been entirely disposed of, trial of this action shall commence on January 15, 2024 absent contrary order of the Court.

        SO ORDERED.

Dated:      June 15, 2023

                                                    Lewis A. Kaplan
                                              United States District Judge