IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. 23-cr-257 (TSC)** |
| | * | |
| **DONALD J. TRUMP,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

**GOVERNMENT'S OPPOSED MOTION FOR LEAVE TO FILE REPLY**

The Court's August 3, 2023, Minute Order directed the Government to "file a brief proposing a trial date and providing an estimate of the time required to set forth the prosecution's case in chief during that trial" by August 10, and the defendant by August 17 to "file a response brief likewise proposing a trial date and estimating, to the extent possible, the time required to set forth the defense at trial." Both parties filed briefs by these deadlines. By this motion, the Government seeks leave to file a concise reply brief to the defendant's response.

Although Local Criminal Rule 47(d) provides that a moving party may file a reply within a week of an opposition brief, the Government seeks leave in an abundance of caution because the Court's Minute Order was silent on the issue. The Government believes that its proposed reply—which is only six pages—would assist the Court in advance of the August 28 hearing by providing necessary context to evaluate representations in the defendant's opposition regarding discovery and case comparisons. The Government is prepared to file its reply immediately upon receiving leave from the Court to provide the defense and the Court adequate time to consider it for discussion during the hearing.

- 2 -

The defendant's position regarding this motion is as follows: "President Trump opposes any reply since the original order envisioned only providing one prosecutorial and defense submission.  The prosecution can reply as needed at the Court's hearing on August 28."

Respectfully submitted,

JACK SMITH
Special Counsel

By: /s/Thomas P. Windom
Thomas P. Windom
Molly Gaston
Senior Assistant Special Counsels
950 Pennsylvania Avenue NW
Room B-206
Washington, D.C. 20530
