# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. 23-cr-257 (TSC) |
| | * |
| DONALD J. TRUMP, | * |
| | * |
| Defendant. | * |
| | * |

## PROPOSED ORDER

The Court has received and reviewed the Government's Opposed Motion for Leave to File Reply. For the reasons stated therein, and for good cause, the motion is GRANTED.

SO ORDERED this _____ day of August 2023.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE