**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.  Case No. 1:23-cr-257-TSC

DONALD J. TRUMP,

    Defendant.

_____/

**DEFENDANT DONALD J. TRUMP'S MOTION FOR RECUSAL OF**
**DISTRICT JUDGE PURSUANT TO 28 U.S.C. § 455(a)**

# Ex. A

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


 UNITED STATES OF AMERICA,     .
                               .
         Plaintiff,            .  CR No. 22-0242 (TSC)
                               .
     v.                        .
                               .
 CHRISTINE PRIOLA,             .  Washington, D.C.
                               .  Friday, October 28, 2022
         Defendant.            .  10:06 a.m.
 . . . . . . . . . . . . . . . .


                       TRANSCRIPT OF SENTENCING
               BEFORE THE HONORABLE TANYA S. CHUTKAN
                    UNITED STATES DISTRICT JUDGE



   APPEARANCES:

 For the Government:          JOLE ZIMMERMAN, AUSA
                              U.S. Attorney's Office
                              601 D Street NW
                              Washington, DC 20530
                              (202) 252-7566

 For Defendant:               CHARLES E LANGMACK II, ESQ
                              Langmack Law
                              38106 Third Street
                              Willoughby, OH 44094
                              (440) 497-5068

 Court Reporter:              BRYAN A. WAYNE, RPR, CRR
                              U.S. Courthouse, Room 4704-A
                              333 Constitution Avenue NW
                              Washington, DC 20001
                              (202) 354-3186
```

Proceedings reported by stenotype shorthand.
Transcript produced by computer-aided transcription.

# Excerpted Pages

1  and love one another despite our differences.  I just -- I
2  want to be a good example in the world of how to help families
3  not be divided and coworkers and friends not be divided and
4  our nation not be divided.  I just really want to try to do
5  that.  And whatever sentence you give me, I hope it just
6  brings justice and peace -- some peace to the people I have
7  hurt.  Thank you, Your Honor.
8           THE COURT:  Thank you, Ms. Priola.
9       After calculating the sentencing guidelines and any
10  applicable departures, and hearing the statements made by
11  counsel and Ms. Priola, I have to now -- I have the difficult
12  job, as I do in every case -- and it is a difficult one -- to
13  consider the relevant factors set out by Congress in 18 U.S.C.
14  § 3553(a), and ensure that I impose a sentence sufficient but
15  not greater than necessary to comply with the purpose was
16  sentencing.
17       The government has stated these purposes, and Mr. Langmack
18  has mentioned them.  I don't need to list them all again.  But
19  I've considered all the purposes of sentencing and the factors
20  that I have to consider, and I'll discuss some of them now.
21  Some of them weigh more heavily than others in this case, as
22  they do in every case.
23       We are now well familiar with the events of January 6.
24  We have had, by my last count, close to 900 prosecutions,
25  all brought in this court.  This is a small court.  All the

1     judges are taking their fair share of these cases, myself
2     included; and every case presents a different defendant and
3     a different situation, and I know I and my other colleagues
4     endeavor to treat each defendant as an individual and not as
5     part of a mob.  But we have to be mindful of what happened
6     that day.
7         Every single time that I see videotape or hear recordings
8     of what happened that day, I am struck anew with both the
9     horror of what was going on that day and how close we came --
10    how close we came to not fulfilling one of the basic functions
11    of our democracy, which is a peaceful transfer of power, which
12    we lecture other governments all over the world on and we're
13    supposed to be an example of, and we were not that day.
14        And so while Mr. Langmack is correct in that your
15    background didn't involve any criminal activity, the events
16    of that day and the seriousness of those events cannot be
17    understated.  This was nothing less than an attempt to
18    violently overthrow the government, the legally, lawfully,
19    peacefully elected government by individuals who were mad
20    that their guy lost.
21        I see the videotapes.  I see the footage of the flags and
22    the signs that people were carrying and the hats they were
23    wearing and the garb.  And the people who mobbed that Capitol
24    were there in fealty, in loyalty, to one man -- not to the
25    Constitution, of which most of the people who come before me

1   seem woefully ignorant; not to the ideals of this country;
2   and not to the principles of democracy.  It's a blind loyalty
3   to one person who, by the way, remains free to this day.
4       There is no mob without the members of the mob, as I've
5   said before.  So Mr. Langmack made a point in his sentencing
6   memorandum, that if we were to take your participation out
7   of that group, that everything would have still happened;
8   your actions did not materially contribute.
9       But they did, because you were there.  And people act
10  in ways that they would never act alone when they're with
11  a group, or when they're with a mob, and when emotions are
12  involved.
13      But in terms of the seriousness of the offense and the
14  nature of the offense, it cannot be understated how serious
15  this was and how horrifying it was to the country and the fact
16  that the divisions that were already existing in this country
17  were worsened, that this country is more divided than ever,
18  and it was exacerbated by the actions of that day.
19      And you're one of the few defendants, Ms. Priola -- and
20  maybe it's because I have talked about it at every single
21  sentencing I've done -- to at least acknowledge the harm that
22  was done to the people there.
23      I hear a lot about rioters calling themselves and their
24  fellow protesters "patriots."  Nothing could be further from
25  the truth.  The people who stormed the Capitol that day were

# Excerpted Pages

\* \* \* \* \* \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

*/s/ Bryan A. Wayne*
Bryan A. Wayne