Filed With the Classified
Information Security Officer
CISO _Dmn_
Date _09 / 25 / 2023_.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 23-cr-257 (TSC)** |
| | ) | |
| **DONALD J. TRUMP,** | ) | **FILED *EX PARTE, IN CAMERA,*** |
| | ) | **AND UNDER SEAL** |
| | ) | **WITH THE CLASSIFIED** |
| **Defendant.** | ) | **INFORMATION SECURITY** |
| | ) | **OFFICER** |
| | ) | |

**GOVERNMENT'S CLASSIFIED *EX PARTE*, *IN CAMERA,* AND UNDER SEAL
MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4
OF THE CLASSIFIED INFORMATION PROCEDURES ACT
AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**