IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :   No. 23-cr-257-TSC <br> : |
| v. | : <br> : |
| DONALD J. TRUMP, | : <br> : |
| Defendant. | : <br> : |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Criminal Rule 44.1(c), Emil Bove, Esq. respectfully moves to appear pro hac vice and participate as counsel for President Donald J. Trump in the above-captioned matter.

This motion is supported by Mr. Bove's declaration and a certificate of good standing. As set forth in the declaration, Mr. Bove is an active member in good standing of the bars of New York; the United States District Court for the Southern and Eastern Districts of New York and the District of New Jersey; and the United States Court of Appeals for the Second Circuit.

This motion is also supported by John F. Lauro, Esq., an active and sponsoring member of the Bar of this Court. Mr. Lauro's signature is below.

WHEREFORE, Mr. Bove respectfully requests that the Court grant this motion and allow him to appear pro hac vice and participate as counsel in this matter.

*[SIGNATURE PAGE FOLLOWS]*

| | |
|---|---|
| Dated: October 4, 2023 | Respectfully submitted, |
| | |
| */s/ Emil Bove* | */s/ John F. Lauro, Esq.* |
| Emil Bove, Esq. | D.C. Bar No. 392830 |
| Emil.Bove@Blanchelaw.com | jlauro@laurosinger.com |
| BLANCHE LAW | LAURO & SINGER |
| 99 Wall St., Suite 4460 | 400 N. Tampa St., 15th Floor |
| New York, NY 10005 | Tampa, FL 33602 |
| (212) 716-1250 | (813) 222-8990 |
| | |
| | *Counsel for President Donald J. Trump* |

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

United States

Plaintiff(s)

vs.

Donald J. Trump

Defendant(s)

Case Number: 23 Cr. 257 (TSC)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Emil Bove

2. State bar membership number: New York 4700696

3. Business address, telephone and fax numbers:
   99 Wall Street, Suite 4460 New York, NY 10005; 212-716-1250

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   State of New York, Second Circuit Court of Appeals, SDNY, EDNY, DNJ

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes [ ]   No [✓]

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes [ ]   No [✓]

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

October 4, 2023

DATE                                                                                           SIGNATURE OF ATTORNEY

2



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Emil Joseph Bove, III

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 10, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 6, 2023.*

*Acting Clerk of the Court*

CertID-00140905



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
Presiding Justice

**DARRELL M. JOSEPH**
Acting Clerk of the Court

**KENNETH BAND**
Deputy Clerks

**MELISSA KRAKOWSKI**
**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
Associate Deputy Clerks

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*[signature: Darrell M. Joseph]*

Darrell M. Joseph
Acting Clerk of the Court

Revised August 2023