**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:23-cr-00257-TSC |
| DONALD J. TRUMP, | |
| *Defendant*. | |

**NOTICE OF APPEAL**

Defendant President Donald J. Trump hereby provides notice that he appeals to the U.S. Court of Appeals for the District of Columbia Circuit from the Opinion and Order of the District Court dated October 17, 2023, ECF No. 105.

| | |
|---|---|
| Dated: October 17, 2023 | Respectfully submitted, |
| | |
| Todd Blanche, Esq. (PHV) | */s/John F. Lauro* |
| toddblanche@blanchelaw.com | John F. Lauro, Esq. |
| Emil Bove, Esq. (PHV) | D.C. Bar No. 392830 |
| Emil.Bove@blanchelaw.com | jlauro@laurosinger.com |
| BLANCHE LAW | Gregory M. Singer, Esq. (PHV) |
| 99 Wall St., Suite 4460 | gsinger@laurosinger.com |
| New York, NY 10005 | Filzah I. Pavalon, Esq. (PHV) |
| (212) 716-1250 | fpavalon@laurosinger.com |
| | LAURO & SINGER |
| | 400 N. Tampa St., 15th Floor |
| | Tampa, FL 33602 |
| | (813) 222-8990 |
| | *Counsel for President Trump* |