AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) |
| Donald J. Trump | ) |
| *Defendant* | ) |

Case No.   23-CR-257 (TSC)

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                          .

Date:      11/06/2023

/s/ John M. Pellettieri
*Attorney's signature*

John M. Pellettieri -- NY Bar 4145371
*Printed name and bar number*
950 Pennsylvania Ave. NW
Room B-206
Washington, DC 20530

*Address*

john.pellettieri@usdoj.gov
*E-mail address*

(202) 307-3766
*Telephone number*

*FAX number*