# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:23-cr-00257-TSC |
| DONALD J. TRUMP, | |
| *Defendant*. | |

## PRESIDENT DONALD J. TRUMP'S SECOND CIPA § 5 NOTICE

President Donald J. Trump respectfully submits this Second Notice pursuant to CIPA § 5 to inform the Court and the Special Counsel's Office that President Trump reasonably expects to disclose, or to cause the disclosure of, the classified information described in the document that was produced by the Office and made available to the defense on November 8, 2023. Based on the information currently available, President Trump expects that the disclosure(s) would occur during questioning of one or more individuals referenced in the document should any of them testify at the trial, or during questioning of other trial witnesses regarding those individuals.

Dated: November 28, 2023

Respectfully submitted,

*/s/ Todd Blanche*

| | |
|---|---|
| John F. Lauro, Esq. | Todd Blanche, Esq. (PHV) |
| D.C. Bar No. 392830 | ToddBlanche@blanchelaw.com |
| jlauro@laurosinger.com | Emil Bove, Esq. (PHV) |
| Gregory M. Singer, Esq. (PHV) | Emil.Bove@blanchelaw.com |
| gsinger@laurosinger.com | BLANCHE LAW PLLC |
| LAURO & SINGER | 99 Wall St., Suite 4460 |
| 400 N. Tampa St., 15th Floor | New York, NY 10005 |
| Tampa, FL 33602 | (212) 716-1250 |
| (813) 222-8990 | |

*Counsel for President Donald J. Trump*