IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 23-cr-257 (TSC) |
| | * | |
| DONALD J. TRUMP, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**JOINT STATUS REPORT
AND GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

On August 3, 2024, the Court issued an order scheduling a status conference for August 16, and directed the parties to confer and file by August 9 a joint status report that proposes a schedule for pretrial proceedings moving forward.  ECF No. 197.  The parties have conferred.

The Government continues to assess the new precedent set forth last month in the Supreme Court's decision in *Trump v. United States*, 144 S. Ct. 2312 (2024), including through consultation with other Department of Justice components.  *See* 28 C.F.R. § 600.7(a) ("A Special Counsel shall comply with the rules, regulations, procedures, practices and policies of the Department of Justice," including "consult[ing] with appropriate offices within the Department for guidance with respect to established practices, policies and procedures of the Department . . . .").  Although those consultations are well underway, the Government has not finalized its position on the most appropriate schedule for the parties to brief issues related to the decision.  The Government therefore respectfully requests additional time to provide the Court with an informed proposal regarding the schedule for pretrial proceedings moving forward.  The defense does not object to the Government's request for an extension.

Accordingly, the Government requests that the Court enter an order requiring the parties to submit another joint status report by Friday, August 30, and continuing the scheduled status

2

conference until a convenient day thereafter.  The Government is available any day after August 30; the defense is unavailable on September 6 and the week of September 16.

|  |  | Respectfully submitted, |
|---|---|---|
| /s/John G. Lauro<br>John F. Lauro, Esq.<br>Greg Singer, Esq.<br>LAURO & SINGER | | JACK SMITH<br>Special Counsel |
| | By: | /s/Molly Gaston<br>Molly Gaston |
| /s/Todd Blanche<br>Todd Blanche, Esq.<br>Emil Bove, Esq.<br>BLANCHE LAW | | Thomas P. Windom<br>Senior Assistant Special Counsels |

2