IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONALD J. TRUMP,<br><br>*Defendant*. | Case No. 1:23-cr-00257-TSC |

## NOTICE OF FILING CLASSIFIED SUPPLEMENT TO PRESIDENT DONALD J. TRUMP'S OMNIBUS REPLY IN <u>FURTHER SUPPORT OF DISCOVERY MOTIONS</u>

On September 19, 2024, President Donald J. Trump's counsel provided to the Classified Information Security Officer, for submission to the Court and service on opposing counsel, a Classified Supplement to President Trump's Omnibus Reply in Further Support of Discovery Motions. An unclassified cover sheet for the Supplement is attached hereto.

Dated: September 19, 2024

<u>/s/ John F. Lauro / Gregory Singer</u>
John F. Lauro, Esq.
D.C. Bar No. 392830
jlauro@laurosinger.com
Gregory M. Singer, Esq. (PHV)
gsinger@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990

Respectfully submitted,

<u>/s/ Todd Blanche / Emil Bove</u>
Todd Blanche, Esq. (PHV)
ToddBlanche@blanchelaw.com
Emil Bove, Esq. (PHV)
Emil.Bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall St., Suite 4460
New York, NY 10005
(212) 716-1250

*Counsel for President Donald J. Trump*