# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
|  | * |
|  | *   CRIMINAL NO. 23-cr-257 (TSC) |
| v. | * |
|  | * |
| DONALD J. TRUMP, | * |
|  | * |
| Defendant. | * |
|  | * |

## GOVERNMENT'S UNOPPOSED MOTION TO VACATE BRIEFING SCHEDULE

As a result of the election held on November 5, 2024, the defendant is expected to be certified as President-elect on January 6, 2025, and inaugurated on January 20, 2025. The Government respectfully requests that the Court vacate the remaining deadlines in the pretrial schedule to afford the Government time to assess this unprecedented circumstance and determine the appropriate course going forward consistent with Department of Justice policy. By December 2, 2024, the Government will file a status report or otherwise inform the Court of the result of its deliberations. The Government has consulted with defense counsel, who do not object to this request.

Respectfully submitted,

JACK SMITH
Special Counsel

By:  /s/Molly Gaston
Molly Gaston
Thomas P. Windom
Senior Assistant Special Counsels
950 Pennsylvania Avenue NW
Room B-206
Washington, D.C. 20530